ADRO

FILED
09 OCT 30 AM 10: 22
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**ERIC JAMES VAZQUEZ (1),**
**DEENESH CALALAY SHRESTHA (2),**
Defendants.

Magistrate Case No. '09 MJ 3193

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., 472 - Possession of Counterfeit Obligations of the United States; Title 18, U.S.C., 473 - Sale of Counterfeit Obligations of the United States; Title 18, U.S.C., 2 - Aiding and Abetting

The undersigned complainant, being duly sworn, states:

**Count 1**

On or about, **October 28, 2009**, within the Southern District of California, defendants, **ERIC JAMES VAZQUEZ** and **DEENESH CALALAY SHRESTHA**, knowingly and with the intent to defraud, did possess falsely made, forged, and counterfeited obligations of the United States, to wit: two hundred (200) falsely made, forged, and counterfeited $100.00 bills; in violation of Title 18, United States Code, Sections 472 and 2.

**Count 2**

On or about, **October 28, 2009**, within the Southern District of California, defendants, **ERIC JAMES VAZQUEZ** and **DEENESH CALALAY SHRESTHA**, knowingly and with the intent to defraud, did sell, exchange, transfer, or deliver, falsely made forged, and counterfeited obligations of the United States, to wit: two hundred (200) falsely made, forged, and counterfeited $100 bills; in violation of Title 18, United States Code, Sections 473 and 2.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

10/29/2009

GREG F. BECKER
Special Agent, United States Secret Service

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF October **2009**.

D1 D2 DOA - ef 10/28/09

Honorable Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I declare under penalty of perjury, that the following is true and correct:

I am currently assigned to the San Diego Field Office of the United States Secret Service.(USSS) I have have been employed by the USSS for a period of three years. The information contained in this complaint is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with local and federal law enforcement officers and individuals.

1. On October 28, 2009, pursuant to an open investigation into the origin of counterfeit United States Currency, agents contacted ERIC JAMES VAZQUEZ and arranged the purchase of $20,000 in counterfeit $100 bills. The investigation into the counterfeit currency being passed in the Southern District of California had originated in mid 2003, when the San Diego Field Office of the USSS began receiving reports of a counterfeit (CFT) $100 Federal Reserve Note (FRN) that was being passed in the southwestern United States. The note has been examined by a specialist with the USSS who has identified the note as counterfeit by examining printing defects in the Treasury Seal, basic faceplate and basic backplate and determined that the note was a very sophisticated, professionally produced copy of genuine currency. From July 2003 to the present, approximately 52,295 matching counterfeit notes totaling $5,229,000.00 have been passed worldwide, with 27,939 notes passed in California.

2. The individual who was believed to be supplying some quantity of counterfeit notes was identified as ERIC JAMES VAZQUEZ ("VAZQUEZ"). VAZQUEZ had previously supplied counterfeit notes on or about March 19, 2009, matching those previously identified by specialists of the USSS to undercover agents working in conjunction with the USSS and VAZQUEZ's identity was confirmed by a trace of the license plate of the vehicle he drove to the first meeting. The vehicle he was driving on that occasion was registered to VAZQUEZ and his California driver's license photo was examined by the agents who had observed him at the meeting at which he supplied the notes, including the agent who personally conducted the transaction. All of these agents confirmed that VAZQUEZ was the person who had delivered the counterfeit notes on the prior occasion.

3. The agent who conducted the first transaction inquired of VAZQUEZ about the possibility of future purchases. VAZQUEZ responded affirmatively, and gave the agent his phone number.

4. VAZQUEZ told the agent that he could supply large quantities of the note, including potentially shipments as much as $100,000. The agent indicated that he would make contact with VAZQUEZ in the future.

5. VAZQUEZ stated that the counterfeit notes are manufactured and stored by other individuals at locations unknown to law enforcement. He stated that he had picked up the counterfeit bills "a couple of days" prior to the first transaction.

6. On October 28, 2009, agents executed a controlled buy/bust operation at 1288 Camino Del Rio, North in San Diego, California, 92108. One agent conducted the transaction in an undercover capacity, while other agents observed and listened to an audio transmission from a location approximately 50 feet away. VAZQUEZ arrived at the previously agreed upon location in a blue 1997 Chevrolet Tahoe, California license plate 6CHS164 ("the vehicle"). As he arrived at the scene, the agent acting in an undercover capacity observed VAZQUEZ was not alone in his vehicle. VAZQUEZ's passenger, identified later as co-defendant DEENESH CALALAY SHRESTHA. The undercover agent approached the vehicle at the driver's side window to conduct the transaction. Both VAZQUEZ and SHRESTHA remained inside the vehicle. As agreed upon, the agent purchased $20,000.00 of counterfeit notes in exchange for $8000.00 in

genuine currency. The agent received two hundred (200) $100.00 notes, all of which were subsequently determined to be counterfeit.

7. Immediately after the exchange of the genuine currency for the counterfeit notes, VAZQUEZ and SHRESTHA were arrested by U. S. Secret Service Special Agents.

8. A search incident to arrest of VAZQUEZ, SHRESTHA, and the vehicle revealed the presence of additional counterfeit $100.00 bills, three firearms, ammunition and illegal narcotics.

9. Both VAZQUEZ and SHRESTHA were interviewed subsequent to their arrests for possession and distribution of counterfeit currency on October 28, 2009. Both were read their Miranda rights which they acknowledged and waived. VAZQUEZ subsequently confessed that he had arrived at the scene to conduct a sale of $20,000.00 of counterfeit currency to an individual he knew as "Mike" from New York. SHRESTHA confessed to knowledge of VAZQUEZ's illegal activities and that he had been asked by VAZQUEZ to provide back-up and security during the transaction. SHRESTHA admitted to possessing the gun found on his person for purpose of security for the transaction.

The foregoing information and evidence indicates that ERIC JAMES VAZQUEZ and DEENESH CALALAY SHRESTHA, on October 28, 2009, within the Southern District of California, knowingly and with intent to defraud, did possess and sell, exchange or transfer falsely made, forged, and counterfeited obligations of the United States.

The foregoing is true and correct to the best of my information and belief.

10/29/2009

Greg F. Becker
Special Agent, United States Secret Service